# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:08 CV 318

| | |
|---|---|
| SOUTHERN ALLIANCE FOR CLEAN ENERGY, et al, ) ) ) Plaintiffs ) ) V ) ) DUKE ENERGY CAROLINAS, LLC, ) ) Defendant ) | **ORDER** |

**THIS MATTER** is before the court on John Suttles' Application for Admission to Practice *Pro Hac Vice* of Nancy S. Marks. It appearing that Nancy S. Marks is a member in good standing with the New York Bar and will be appearing with John Suttles, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that John Suttles' Application for Admission to Practice *Pro Hac Vice* (#16) of Nancy S. Marks is **GRANTED**, and that Nancy S. Marks is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with John Suttles.

Signed: July 23, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge