# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| **SOUTHERN ALLIANCE FOR CLEAN ENERGY, ENVIRONMENTAL DEFENSE FUND, NATIONAL PARKS CONSERVATION ASSOCIATION, NATURAL RESOURCES DEFENSE COUNCIL, AND SIERRA CLUB,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DUKE ENERGY CAROLINAS, LLC,**<br><br>**Defendant.** | Civil Action No. 1:08-CV-00318<br><br><br>**ORDER** |

**THIS MATTER** is before the Court on Defendant's motion to supplement the record with newly available evidence.

Upon consideration of Defendant's motion, and Plaintiffs having no objections to the relief sought,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion is **GRANTED** and the record is hereby supplemented accordingly.

Signed: October 8, 2008

Lacy H. Thornburg
United States District Judge