IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

No. 1:08-cv-00318-LHT

| | |
|---|---|
| SOUTHERN ALLIANCE FOR CLEAN ENERGY, ENVIRONMENTAL DEFENSE FUND, NATIONAL PARKS CONSERVATION ASSOCIATION, NATURAL RESOURCES DEFENSE COUNCIL, and SIERRA CLUB, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DUKE ENERGY CAROLINAS, LLC, | ) ) ) |
| Defendant. | ) |

# EXHIBIT 9

# FEE CALCULATION

| Fee Calculation | | | | | | |
|---|---|---|---|---|---|---|
| Work Category | | Suttles | Bernard | Longstreth | Bloom | TOTAL |
| 1. Pre- 12/2/08 | Hours | 547.5 | 178.35 | 383.45 | 388.2 | **1,497.50** |
| | Rate | $450 | $450 | $275 | $275 | |
| | Fee | $246,375 | $80,257.50 | $105,448.75 | $106,755 | **$538,836.25** |
| | | | | | | |
| 2. Court-ordered § 112 Process | Hours | 203 | 74.5 | 114.6 | 117.25 | **509.35** |
| | Rate | $450 | $450 | $275 | $275 | |
| | Fee | $91,350 | $33,525 | $31,515 | $32,243.75 | **$188,633.75** |
| | | | | | | |
| 3. Discovery | Hours | 45.25 | 30.1 | 31.85 | 70.7 | **177.9** |
| | Rate | $450 | $450 | $275 | $275 | |
| | Fee | $20,362.50 | $13,545 | $8,758.75 | $19,442.50 | **$62,108.75** |
| | | | | | | |
| 4. Duke SJ/MTE | Hours* | 187.75 | 65.1 | 151.35 | 150.65 | **554.85** |
| | Rate | $450 | $450 | $275 | $275 | |
| | Fee | $84,487.50 | $29,295 | $41,621.25 | $41,428.75 | **$196,832.50** |
| | | | | | | |
| 5. Settlement | Hours | 75.75 | 10 | 56.85 | 13 | **155.6** |
| | Rate | $450 | $450 | $275 | $275 | |
| | Fee | $34,087.50 | $4,500 | $15,633.75 | $3,575 | **$57,796.25** |
| | | | | | | |
| 6. Appeal | Hours | 5.75 | 1.75 | 13.85 | 35.2 | **56.55** |
| | Rate | $450 | $450 | $275 | $275 | |
| | Fee | $2,587.50 | $787.50 | $3,808.75 | $9,680 | **$16,863.75** |
| | | | | | | |
| 7. Fee Petition | Hours | 50.75 | 41 | 5.1 | 66.4 | **163.25** |
| | Rate | $450 | $450 | $275 | $275 | |
| | Fee | $22,837.50 | $18,450 | $1,402.50 | $18,260.00 | **$60,950.00** |
| | | | | | **LODESTAR FEE** | **$1,122,021** |
| | | | | | **TRAVEL REDUCTION**** | **$18,065** |
| | | | | | **REVISED LODESTAR FEE** | **$1,103,956** |
| | | | | | **20% REDUCTION** | **$220,791** |
| | | | | | **TOTAL FEE REQUESTED** | **$883,165** |
| *Includes 30-hour reduction for each attorney, *see* Exhibit 2 (Suttles Declaration) ¶ 25. | | | | | | |
| **Suttles: $6,075; Bernard: $4,950; Longstreth: $4,702.50; Bloom: $2,337.50; *see* Exhibit 6. | | | | | | |